Cite as 2021 Ark. App. 29

# ARKANSAS COURT OF APPEALS

DIVISION IV
**No.** E-20-181

|  |  |
|---|---|
|  | **Opinion Delivered** January 27, 2021 |
| MEMPHIS WRECKING CO., INC. <br> APPELLANT | APPEAL FROM THE ARKANSAS <br> BOARD OF REVIEW <br> [NO. 2020-BR-539] |
| V. |  |
| DIRECTOR, DEPARTMENT OF <br> WORKFORCE SERVICES; AND <br> WILLIE CAMERON <br> APPELLEES | APPEAL DISMISSED |

## BRANDON J. HARRISON, Chief Judge

Memphis Wrecking Co. appeals from the Arkansas Board of Review's decision that reversed the Arkansas Appeal Tribunal and found that the claimant, Willie Cameron, was entitled to benefits because he left his work with good cause connected with the work. We dismiss this appeal because we lack jurisdiction over it.

On 22 June 2020, Memphis Wrecking Co. filed its petition for appeal with this court. The company was not represented by an attorney, and the CEO of the corporation, Carol Williamson, signed the petition for appeal that was filed in this court. This presents a critical problem because corporations must be represented by licensed attorneys. *Smithco Invs. of W. Memphis, Inc. v. Morgan Keegan & Co.*, 370 Ark. 477, 261 S.W.3d 454 (2007). Furthermore, our supreme court has held that when a party who is not licensed to practice law in this state attempts to represent the interests of others by submitting himself or herself

to jurisdiction of a court, those actions, such as the filing of court papers, are null and void. *Id.* Here, CEO Williamson is not an attorney and cannot therefore represent Memphis Wrecking Co. in this case. The case law is clear: filing a paper that seeks to invoke the judicial process is the practice of law. *Bank of Fayetteville NA v. Dir.*, 2016 Ark. App. 96; *Stephens Prod. Co. v. Bennett*, 2015 Ark. App. 617. Because Williamson was engaged in the unauthorized practice of law when she signed the petition, the petition is null and void. Therefore, we lack jurisdiction and dismiss this appeal.

Appeal dismissed.

KLAPPENBACH and BARRETT, JJ., agree.

*Cynthia L. Uhrynowycz*, Associate General Counsel, for appellee Director of Division of Workforce Services.

2